1

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA-WESTERN  DIVISION

11

12

13

14

15   DARRYL E. GALVIN,                    ) CV 08-05140-DSF (SH)
                                          )
16                                        ) JUDGMENT
                      Petitioner,         )
17         v.                             )
                                          )
18   TONY HEDGPETH, Warden,               )
                                          )
19                    Respondent.         )
     ─────────────────────────────────── )

20         Pursuant to the Order of the Court adopting the conclusions and

21   recommendations of the United States Magistrate Judge,

22         IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed

23   with prejudice.

24              5/5/10

25   DATED: _____

26

27                              _____
                                    DALE S. FISCHER
28                               UNITED STATES DISTRICT JUDGE

                                         1